IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**J. SABLICH PROPERTIES, LLC**                                                                   **PLAINTIFF**

vs.                                                              CIVIL NO.: 1:08-CV-00120-LTS-RHW

**XL SPECIALTY INSURANCE COMPANY;
BOULDER CLAIMS; ZURICH NORTH
AMERICA SMALL BUSINESS; MARYLAND
CASUALTY COMPANY; and JOHN DOES 1-10**                        **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL
### WITH PREJUDICE AS TO XL SPECIALTY INSURANCE
### COMPANY AND BOULDER CLAIMS

**CAME ON FOR CONSIDERATION** the parties' joint *ore tenus* Motion to Dismiss XL Specialty Insurance Company and Boulder Claims, LLC, from this lawsuit with prejudice, and upon being advised that the Plaintiff has reached an accord and satisfaction with Defendants XL Specialty Insurance Company and Boulder Claims, LLC, and finding that there is no just reason for delay, this court hereby rules as follows:

(1) Defendant XL Specialty Insurance Company is hereby dismissed from this lawsuit with prejudice;

(2) Defendant Boulder Claims, LLC, is hereby dismissed from this lawsuit with prejudice;

(3) Plaintiff's claims against the remaining defendants Zurich North America Small Business, Maryland Casualty Company, and John Does 1-10, are not affected by this ruling;

(4) All parties are to bear their own costs.

This the 9th day of July, 2008.

                                              s/ L. T. Senter, Jr.
                                              L. T. SENTER, JR.
                                              SENIOR JUDGE

s/ William Lee Guice, III
WILLIAM LEE GUICE, III
Attorney for J. Sablich Properties, LLC

s/ Scott Ellzey
SCOTT ELLZEY
Attorney for XL Specialty Insurance Company
and Boulder Claims, LLC

s/ Ed Taylor
ED TAYLOR
Attorney for Zurich North America Small Business
and Maryland Casualty Company